
Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GARDEN CATERING –
HAMILTON AVENUE, LLC and
FRANK J. CARPENTERI,

   Plaintiffs,

vs.

WALLY'S CHICKEN COOP, LLC
and MICHAEL NATALE,

   Defendants.

Civil Action No. 3:11-CV-01892-JBA

MAY 1, 2013

## PLAINTIFFS' DAMAGES ANALYSIS

Plaintiffs Garden Catering – Hamilton Avenue, LLC ("Garden Catering HA") and Frank J. Carpenteri ("Carpenteri"), by and through their undersigned attorneys, hereby provide the following damages analysis:

1. Defendant Michael Natale ("Natale") owed Garden Catering HA the fiduciary duties of loyalty and honesty, and breached those duties while he was employed by and receiving compensation from Garden Catering HA. These actions have caused harm and damage to Garden Catering HA by, among other things, having to expend time, money and resources to replace employees solicited by Natale and train new employees who took their place. Garden Catering HA is therefore entitled to monetary damages in an amount to be determined at trial.

2. Defendant Wally's Chicken Coop, LLC ("WCC") has deliberately attempted to associate its new business venture with that of Garden Catering, a well-established, highly successful business. In so doing, WCC has used words, terms, names,

symbols and devices and combinations thereof, false designations of origin and false and misleading representations of fact that are likely to cause confusion or to cause mistake or to deceive as to the affiliation, connection or association of WCC with Plaintiffs, or as to the origin, sponsorship or approval of WCC's goods, services or other commercial activities by Plaintiffs. Moreover, WCC has used words, terms, names, symbols and devices and combinations thereof, false designations of origin and false and misleading representations of fact that in commercial advertising or promotion misrepresent the nature, characteristics or qualities of WCC's goods, services or other commercial activities. These actions have caused harm and damage to Garden Catering HA, and thereby entitle Garden Catering HA to monetary damages, together with an accounting of WCC's profits arising from such activities, as well as treble damages pursuant to 15 U.S.C. § 1117 and attorneys' fees, costs and disbursements pursuant to 15 U.S.C. § 1117, in amounts to be determined at trial.

3. Moreover, the foregoing actions constitute unfair or deceptive acts or practices in the conduct of trade or commerce within the meaning of the Connecticut Unfair Trade Practices Act, and entitle Garden Catering HA to punitive damages pursuant to Conn. Gen. Stat. § 42-110g(a) and attorneys' fees, costs and disbursements pursuant to Conn. Gen. Stat. § 42-110g(d), in amounts to be determined at trial.

4. Defendants also benefited from the foregoing actions, and they unjustly failed to compensate Garden Catering HA for that benefit, which was to Garden Catering HA's detriment. Garden Catering HA therefore is deserving of monetary damages as a result of that unjust enrichment in an amount to be determined at trial.

5.   Garden Catering HA's damages analysis is based on the written report, prepared and signed by Joseph A. DeCusati, CPA, ABV, ASA, CFE, of Meyers, Harrison & Pia, LLC, which was disclosed to Defendants on March 6, 2013. Based on that report and 15 U.S.C. § 1117, Plaintiffs will seek disgorgement of Defendants' profits in the amount of at least $223,291.00. Alternatively, Plaintiffs may seek the value of what they could have received in license fees from the use made by WCC over the relevant time period.

6.   Alternatively, since WCC is a limited liability company, all distributions to its Members (whether in the form of compensation or otherwise) constitute profits that may be recovered. The Members of WCC received $600 per week in compensation since shortly after WCC commenced operations in September 2011, and frequently receive an additional $200 per week in cash distributions. Thus, assuming that WCC operates for eight months during this calendar year, it is generating in excess of $50,000/year in profits. Plaintiffs will seek to recover all of those profits.

Respectfully submitted,

PLAINTIFF GARDEN CATERING – HAMILTON AVENUE, LLC

By: _____
James C. Riley, ct00526
jriley@wbamct.com
Whitman Breed Abbott & Morgan LLC
500 West Putnam Avenue
Greenwich, Connecticut 06830
T: (203) 869-3800
F: (203) 869-1951

161995

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Damages Analysis was caused to be served via electronic mail and first class mail, postage prepaid, this 1st day of May, 2013, to counsel of record for Defendants:

Anthony J. Medico, Esq.
7 Benedict Place
Greenwich, Connecticut 06830
Anthony@ajmedico.com

James P. Doyle, Esq.
c/o Rhodes Technologies
498 Washington Street
Coventry, Rhode Island 02816
James.Doyle@pharma.com

_____
James C. Riley

161995