

Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
                                               :
GARDEN CATERING –                              :    Civil Action No. 3:11-CV-01892-JBA
HAMILTON AVENUE, LLC and                       :
FRANK J. CARPENTERI,                           :
                                               :
                 Plaintiffs,                   :
                                               :
vs.                                            :
                                               :
WALLY'S CHICKEN COOP, LLC                      :
and MICHAEL NATALE,                            :
                                               :
                 Defendants.                   :    MARCH 6, 2013
-----------------------------------------------x
```

## PLAINTIFFS' RULE 26(a)(2)
## EXPERT DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs Garden Catering –

Hamilton Avenue, LLC and Frank J. Carpenteri, by and through their undersigned

attorneys, hereby make the following expert disclosure based on the information

reasonably available to Plaintiffs as of the date set forth above, without waiving their

right to supplement and/or amend same as additional information becomes available:

### A. **Identification of Expert**

Plaintiffs may use the following expert witness to present evidence at trial,

pursuant to Federal Rules of Evidence 702, 703, 705 or otherwise, concerning damages:

> 1. Joseph A. DeCusati, CPA, ABV, ASA, CFE
>    Meyers, Harrison & Pia, LLC
>    One Audobon Street, 3rd Floor
>    New Haven, Connecticut 06511

**B. Expert Report**

A copy of a written report, prepared and signed by Mr. DeCusati, is attached

hereto.

<center>* * * * * *</center>

Plaintiffs reserve their right to supplement and/or amend this disclosure and/or

identify additional experts as appropriate or necessary.

<div style="margin-left: 45%;">

Respectfully submitted,

PLAINTIFFS GARDEN CATERING –
HAMILTON AVENUE, LLC and
FRANK J. CARPENTERI


By: _____
    James C. Riley, ct00526
    jriley@wbamct.com
    Whitman Breed Abbott & Morgan LLC
    500 West Putnam Avenue
    Greenwich, Connecticut 06830
    T: (203) 869-3800
    F: (203) 869-1951

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Rule 26(a)(2) Expert Disclosure was caused to be served via electronic mail and first class mail, postage prepaid, this 6th day of March, 2013, to counsel of record for Defendants:

Anthony J. Medico, Esq.
7 Benedict Place
Greenwich, Connecticut 06830
Anthony@ajmedico.com

James P. Doyle, Esq.
c/o Rhodes Technologies
498 Washington Street
Coventry, Rhode Island 02816
James.Doyle@pharma.com

James C. Riley

**DAMAGE DETERMINATION ANALYSIS**
**IN THE MATTER OF**

**GARDEN CATERING–HAMILTON AVENUE, LLC**
**and FRANK J. CARPENTERI**
v.
**WALLY'S CHICKEN COOP, LLC**
**and MICHAEL NATALE**

*United States District Court*
*For the District of Connecticut*

3:11-CV-01892-JBA



March 5, 2013

James Riley, Esq.
Whitman Breed Abbott & Morgan, LLC
500 West Putnam Avenue
Greenwich, CT 06830

Re: <u>**Garden Catering-Hamilton Avenue, LLC et al. v. Wally's Chicken Coop, LLC et al.**</u>

Dear Attorney Riley:

Pursuant to the terms of our engagement, you have requested our opinion as to the damages, as defined below, incurred by Garden Catering–Hamilton Avenue, LLC ("Garden") and Frank J. Carpenteri ("Carpenteri" and together with Garden, the "Plaintiffs"), as of December 31, 2012, pursuant to the allegations set forth by the Plaintiffs in the complaint against Wally's Chicken Coop, LLC ("Wally's") and Michael Natale ("Natale" and together with Wally's, the "Defendants") pending in the United States District Court for the State of Connecticut.

**Description of the Assignment**

Meyers, Harrison & Pia, LLC has been engaged to perform an analysis of damages in the pending matter between the Plaintiffs and the Defendants. In accordance with the terms of our engagement, you have asked us to opine as to the unjust enrichment gained by the Defendants by use of an incremental cost approach as of December 31, 2012.

We understand that the purpose of this analysis is to establish the damages as set forth in the above-referenced complaint to a reasonable degree of certainty.

**Background and History**

The pending matter arises through allegations of violations of the Lanham Act,[1] through breach of fiduciary duty, unfair competition, unfair trade practices, and unjust enrichment.

Garden initially commenced operations as Garden Poultry nearly 50 years ago and has, since then, grown from a small partnership into a multi-venue operation spanning two states, with a

---

[1] 15 U.S.C.A. § 1117 (2004).

James Riley, Esq.
March 5, 2013

reputation for its fried chicken and chicken nuggets.[2]  Although each restaurant venue operates as a separate legal entity, all locations utilize the same menu and service and have entered into licensing agreements with Carpenteri.[3]

The licensing agreements permit each of the venues to utilize a number of common law trademarks associated with Garden (the "Marks"), together with related registrations.[4]  As a result of development, distribution, advertising, and promotion, the Marks have come to be associated with the goods and services used in connection with the operation of Garden.[5]  In addition to the Marks, Carpenteri also owns confidential business information, including recipes, proprietary food preparation processes, business plans, trade secrets, supplier arrangements, supplier lists, price lists, manuals, and customer lists ("Confidential Business Information").[6]

Garden formerly employed Natale who, by virtue of his employment, had access to the Confidential Business Information and authorized use of the Marks.[7]  In August of 2011, Natale gave notice of his intent to leave Garden's employ and left shortly thereafter.[8]

In September of 2011, Natale caused the operations of Wally's to be commenced from a location in Storrs, Connecticut, and, allegedly, provided goods and services similar to those provided by Garden without authorization or permission, including the use of trademarks similar to those owned by Garden.[9]

Garden alleges that Natale's actions have undermined its operations and that Wally's has intentionally created a commercial impression that it is similar to Garden, thereby benefiting from the goodwill and name recognition associated with the Garden name and Marks.[10]

---

[2] Complaint at ¶ 5-8, Garden Catering-Hamilton Avenue, LLC et al. v. Wally's Chicken Coop, LLC et al., (December 5, 2011).
[3] *Id* at ¶ 9-11.
[4] *Id* at ¶ 12.
[5] *Id.*
[6] *Id* at ¶ 19.
[7] *Id* at ¶ 30-31.
[8] *Id* at ¶ 33.
[9] *Id* at ¶ 35-39.
[10] *Id.*

James Riley, Esq.
March 5, 2013

## Basis of Recovery

The Plaintiffs bring the current action pursuant to violations of the Lanham Act, which provides that the owner of an infringed trademark is entitled to: "(1) defendant's profits; (2) any damages sustained by the plaintiff; and (3) the costs of the action."[11] The Lanham Act further states that, "In assessing profits, the plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of cost or deduction claimed."[12]

We have performed an analysis of Defendant's profits pursuant to the incremental cost method as detailed, below.

## Analysis

The incremental cost method is premised on the supposition that the profits relevant to a damages calculation are those which remain after the expenses necessary to generate the income are subtracted.[13] Thus, an incremental cost analysis is performed by reducing the gross revenues of an activity by the costs that arise as a consequence of the activity.

Wally's reported gross revenues of $123,603 and $330,795 in 2011 and 2012, respectively (*See* Exhibit 1).

Expenses consist of two types: fixed and variable. Fixed expenses are those which do not vary based on the activity's output, while variable expenses are those that arise "as a consequence of the activity." Variable expenses included all costs of goods sold in addition to merchant account fees, office expense and supplies, uniforms, commission, federal payroll taxes, and state unemployment tax.

In performing an incremental lost profits analysis, we adjusted Wally's income statement to an incremental basis by removing the fixed costs of the activity (*See* Exhibit 3). Normalizing adjustments for unreported revenues, underreported wages, and associated payroll taxes were not able to be determined due to insufficient information[14] and thus no adjustment was made.

---

[11] *Id.*
[12] *Id.*
[13] *Darrell Taylor v. Joseph B. Meirick*, 712 F.2d 1112 (7ᵗʰ Cir. 1983).
[14] Deposition testimony indicates that certain payments to the owners and an employee are not reflected in the company's general ledger or profit and loss statement; Deposition transcript of Jeffrey Natale, page 141, ¶ 1-9, December 11, 2012.

James Riley, Esq.
March 5, 2013

It should also be noted that the 2011 Form 1065 for Wally's does not reconcile to the company's Quickbooks accounting records. The discrepancy arises from an item of depreciation expense and an item of guaranteed payments to members. The depreciation expense would be adjusted in Exhibit 3 of our analysis as a noncash expenditure. The guaranteed payments, as payments to the owners, would also be adjusted for in Exhibit 3. Thus, we have determined that the Quickbooks records of Wally's are more appropriate to utilize in our analysis.

Based upon these adjustments, we determined incremental net profits of $30,311 and $192,980 for 2011 and 2012, respectively.

**Opinion**

Based upon the foregoing analysis pursuant to the incremental cost method, the incremental profits earned by the Defendant from the date of inception of Wally's operations through December 31, 2012, is approximately $223,291 (*See* Exhibit 4). This opinion is based solely on information received to date and losses beyond January 1, 2013 will depend upon the duration of the loss period. Damages do not include any interest.

**Licensing Fees**

In reviewing the information provided to us, we have also considered three licensing agreements entered into by Frank Carpenteri, as Licensor, and several of the individual Garden entities, each as a Licensee. Said agreements provided that, in consideration for permission to use the Marks and for access to the Confidential Business Information, each Licensee pay annual royalties for the duration of such agreement. The license fee, for each of the above-referenced agreements, as of July 1, 2012 and July 1, 2011, was $10,503 and $9,816, respectively.

Nothing in this report is intended to be construed as a legal opinion.

**Conclusion**

Based on the above and our analysis, it is my opinion, should the Plaintiffs prove their claims, that the Defendant's have earned incremental profits as of December 31, 2012, of:

**Two Hundred Twenty-Three Thousand Two Hundred Ninety-One Dollars
$223,291**

The information we relied upon in forming our opinion can be found in Appendix A. Should information come to our attention that materially affects this opinion through the course of discovery, which is ongoing, we reserve the right to update or supplement our report. My

James Riley, Esq.
March 5, 2013


curriculum vita is attached.  My hourly rate is $310; I was assisted in the preparation of this report by my staff, who worked at all times at my direction.

 If we may be of further assistance or if you have any questions, please do not hesitate to contact us.

Sincerely,

MEYERS, HARRISON & PIA, LLC


Joseph A. DeCusati, CPA, ABV, ASA, CFE

| **EXHIBIT 1** | | |
|---|---|---|
| **WALLY'S CHICKEN COOP, LLC** | | |
| **RESULTS OF OPERATIONS - AS REPORTED[1]** | | |
| For the Years Ended December 31, | **2012** | **2011** |
| | | |
| **Revenues** | $ 330,795 | $ 123,603 |
| | | |
| **Cost of Sales:** | | |
| Drink Purchases | 17,198 | 13,257 |
| Food Purchases | 96,514 | 66,897 |
| Restaurant Supplies | 5,369 | 4,851 |
| Total Cost of Sales | 119,081 | 85,005 |
| **Gross Profit** | 211,714 | 38,598 |
| | | |
| **Operating Expenses:** | | |
| Officer Compensation | - | - |
| Salaries and Wages | 8,420 | - |
| 940 FUTA | 15 | - |
| 941 FWT | 530 | - |
| Advertising and Promotion | 574 | 2,786 |
| Automobile Expense | 15,622 | 7,076 |
| Bank Service Charges | 118 | 18 |
| Business Entity Tax | 250 | - |
| Business Licenses and Permits | 295 | 220 |
| Business Promotion | 72 | - |
| Charitable Contributions | 3,740 | 240 |
| Commission | - | 500 |
| Computer and Internet Expenses | 1,019 | 432 |
| Fuel | 1,240 | - |
| Insurance Expense | 2,681 | 1,040 |
| Merchant Account Fees | 7,625 | 2,611 |
| Office Expense | 237 | 43 |
| Office Supplies | 488 | 1,029 |
| Postage and Shipping | 129 | - |
| Professional Fees | 9,769 | - |
| Rent Expense | 47,055 | 15,940 |
| Repairs and Maintenance | 1,883 | 2,815 |
| Suspense | 1,707 | - |
| SUTA | 181 | - |
| Personal Property Taxes | 584 | - |
| Taxes - Other | 1,025 | - |
| Telephone Expense | 3,261 | 973 |
| Uniforms | 1,238 | 3,464 |
| Utilities | 11,362 | 4,133 |
| Depreciation and Amortization | - | - |
| Total Operating Expenses | 121,120 | 43,320 |
| **Incremental Income From Operations** | 90,594 | (4,722) |
| | | |
| **Other Income (Expenses):** | | |
| Interest Income | - | - |
| Interest Expense | - | (640) |
| Total Other Income (Expenses) | - | (640) |
| **Earnings Before Taxes** | 90,594 | (5,362) |
| | | |
| **Income Taxes:** | | |
| Total Income Taxes | - | - |
| **Net Income** | $ 90,594 | $ (5,362) |

[1] Company maintained Quickbooks records

\*An analysis under the Full Absorption Method, before any additional adjustments are considered, would result in profits of $85,232 to the Defendants.

MEYERS, HARRISON & PIA, LLC

**EXHIBIT 2**

**WALLY'S CHICKEN COOP, LLC**

**RESULTS OF OPERATIONS - AS REPORTED, COMMON SIZE**

| For the Years Ended December 31, | 2012 | 2011 |
|---|---|---|
| **Revenues** | 100.0% | 100.0% |
| | | |
| **Cost of Sales:** | | |
| Drink Purchases | 5.2% | 10.7% |
| Food Purchases | 29.2% | 54.1% |
| Restaurant Supplies | 1.6% | 3.9% |
| Total Cost of Sales | 36.0% | 68.7% |
| **Gross Profit** | 64.0% | 31.3% |
| | | |
| **Operating Expenses:** | | |
| Officer Compensation | 0.0% | 0.0% |
| Salaries and Wages | 2.5% | 0.0% |
| 940 FUTA | 0.0% | 0.0% |
| 941 FWT | 0.2% | 0.0% |
| Advertising and Promotion | 0.2% | 2.3% |
| Automobile Expense | 4.7% | 5.7% |
| Bank Service Charges | 0.0% | 0.0% |
| Business Entity Tax | 0.1% | 0.0% |
| Business Licenses and Permits | 0.1% | 0.2% |
| Business Promotion | 0.0% | 0.0% |
| Charitable Contributions | 1.1% | 0.2% |
| Commission | 0.0% | 0.4% |
| Computer and Internet Expenses | 0.3% | 0.3% |
| Fuel | 0.4% | 0.0% |
| Insurance Expense | 0.8% | 0.8% |
| Merchant Account Fees | 2.3% | 2.1% |
| Office Expense | 0.1% | 0.0% |
| Office Supplies | 0.1% | 0.8% |
| Postage and Shipping | 0.0% | 0.0% |
| Professional Fees | 3.0% | 0.0% |
| Rent Expense | 14.2% | 12.9% |
| Repairs and Maintenance | 0.6% | 2.3% |
| Suspense | 0.5% | 0.0% |
| SUTA | 0.1% | 0.0% |
| Personal Property Taxes | 0.2% | 0.0% |
| Taxes - Other | 0.3% | 0.0% |
| Telephone Expense | 1.0% | 0.8% |
| Uniforms | 0.4% | 2.8% |
| Utilities | 3.4% | 3.3% |
| Depreciation and Amortization | 0.0% | 0.0% |
| Total Operating Expenses | 36.6% | 34.9% |
| **Incremental Income From Operations** | 27.4% | -3.6% |
| | | |
| **Other Income (Expenses):** | | |
| Interest Income | 0.0% | 0.0% |
| Interest Expense | 0.0% | -0.5% |
| Total Other Income (Expenses) | 0.0% | -0.5% |
| **Earnings Before Taxes** | 27.4% | -4.1% |
| | | |
| **Income Taxes:** | | |
| Total Income Taxes | 0.0% | 0.0% |
| **Net Income** | 27.4% | -4.1% |

7

**EXHIBIT 3**

**WALLY'S CHICKEN COOP, LLC**

**ADJUSTMENTS TO DETERMINE INCREMENTAL NET PROFITS**

| For the Years Ended December 31, | 2012 | 2011 |
|---|---|---|
| Revenues, As Reported | $ 330,795 | $ 123,603 |
| Earnings Before Taxes, As Reported | $ 90,594 | $ (5,362) |
| **Adjustments (Fixed Expenses):** | | |
| Advertising and Promotion | 574 | 2,786 |
| Bank Service Charges | 118 | 18 |
| Business Entity Tax | 250 | - |
| Business Licenses and Permits | 295 | 220 |
| Business Promotion | 72 | - |
| Computer and Internet Expenses | 1,019 | 432 |
| Fuel | 1,240 | - |
| Insurance Expense | 2,681 | 1,040 |
| Postage and Shipping | 129 | - |
| Professional Fees | 9,769 | - |
| Rent Expense | 47,055 | 15,940 |
| Repairs and Maintenance | 1,883 | 2,815 |
| Suspense | 1,707 | - |
| Personal Property Taxes | 584 | - |
| Taxes - Other | 1,025 | - |
| Telephone Expense | 3,261 | 973 |
| Utilities | 11,362 | 4,133 |
| **Adjustments (Normalizing Adjustments):** | | |
| Unreported Revenues | * | |
| Underreported Wages | * | |
| Payroll Taxes Avoided | * | |
| Automobile Expense | 15,622 | 7,076 |
| Charitable Contributions | 3,740 | 240 |
| Purchases | * | |
| Net Adjustments | 102,386 | 35,673 |
| Incremental Net Profit | $ 192,980 | $ 30,311 |

\* We have requested, but not yet received, discovery related to these items. Should we receive additional discovery that materially affects our calculations, we will update or supplement our report accordingly.

MEYERS, HARRISON & PIA, LLC

**EXHIBIT 4**

**WALLY'S CHICKEN COOP, LLC**

**RESULTS OF OPERATIONS - AS NORMALIZED**

| For the Years Ended December 31, | 2012 | 2011 |
|---|---|---|
| **Revenues** | $ 330,795 | $ 123,603 |
| | | |
| **Cost of Sales:** | | |
| Drink Purchases | 17,198 | 13,257 |
| Food Purchases | 96,514 | 66,897 |
| Restaurant Supplies | 5,369 | 4,851 |
| Total Cost of Sales | 119,081 | 85,005 |
| **Gross Profit** | 211,714 | 38,598 |
| | | |
| **Operating Expenses:** | | |
| Officer Compensation | - | - |
| Salaries and Wages | 8,420 | - |
| 940 FUTA | 15 | - |
| 941 FWT | 530 | - |
| Advertising and Promotion | - | - |
| Automobile Expense | - | - |
| Bank Service Charges | - | - |
| Business Entity Tax | - | - |
| Business Licenses and Permits | - | - |
| Business Promotion | - | - |
| Charitable Contributions | - | - |
| Commission | - | 500 |
| Computer and Internet Expenses | - | - |
| Fuel | - | - |
| Insurance Expense | - | - |
| Merchant Account Fees | 7,625 | 2,611 |
| Office Expense | 237 | 43 |
| Office Supplies | 488 | 1,029 |
| Postage and Shipping | - | - |
| Professional Fees | - | - |
| Rent Expense | - | - |
| Repairs and Maintenance | - | - |
| Suspense | - | - |
| SUTA | 181 | - |
| Personal Property Taxes | - | - |
| Taxes - Other | - | - |
| Telephone Expense | - | - |
| Uniforms | 1,238 | 3,464 |
| Utilities | - | - |
| Depreciation and Amortization | - | - |
| Total Operating Expenses | 18,734 | 7,647 |
| **Incremental Income From Operations** | 192,980 | 30,951 |
| | | |
| **Other Income (Expenses):** | | |
| Interest Income | - | - |
| Interest Expense | - | (640) |
| Total Other Income (Expenses) | - | (640) |
| **Earnings Before Taxes** | 192,980 | 30,311 |
| | | |
| **Income Taxes** | - | - |
| | | |
| **Incremental Net Profit** | $ 192,980 | $ 30,311 |

| *Incremental Net Profit (From Inception)* | **$223,291** |
|---|---|

MEYERS, HARRISON & PIA, LLC

## EXHIBIT 5
### WALLY'S CHICKEN COOP, LLC
### RESULTS OF OPERATIONS - AS NORMALIZED, COMMON SIZE

| For the Years Ended December 31, | 2012 | 2011 |
|---|---|---|
| **Revenues** | 100.0% | 100.0% |
| | | |
| **Cost of Sales:** | | |
| Drink Purchases | 5.2% | 10.7% |
| Food Purchases | 29.2% | 54.1% |
| Restaurant Supplies | 1.6% | 3.9% |
| Total Cost of Sales | 36.0% | 68.77% |
| **Gross Profit** | 64.0% | 31.23% |
| | | |
| **Operating Expenses:** | | |
| Officer Compensation | 0.0% | 0.0% |
| Salaries and Wages | 2.5% | 0.0% |
| 940 FUTA | 0.0% | 0.0% |
| 941 FWT | 0.2% | 0.0% |
| Advertising and Promotion | 0.0% | 0.0% |
| Automobile Expense | 0.0% | 0.0% |
| Bank Service Charges | 0.0% | 0.0% |
| Business Entity Tax | 0.0% | 0.0% |
| Business Licenses and Permits | 0.0% | 0.0% |
| Business Promotion | 0.0% | 0.0% |
| Charitable Contributions | 0.0% | 0.0% |
| Commission | 0.0% | 0.4% |
| Computer and Internet Expenses | 0.0% | 0.0% |
| Fuel | 0.0% | 0.0% |
| Insurance Expense | 0.0% | 0.0% |
| Merchant Account Fees | 2.3% | 2.1% |
| Office Expense | 0.1% | 0.0% |
| Office Supplies | 0.1% | 0.8% |
| Postage and Shipping | 0.0% | 0.0% |
| Professional Fees | 0.0% | 0.0% |
| Rent Expense | 0.0% | 0.0% |
| Repairs and Maintenance | 0.0% | 0.0% |
| Suspense | 0.0% | 0.0% |
| SUTA | 0.1% | 0.0% |
| Personal Property Taxes | 0.0% | 0.0% |
| Taxes - Other | 0.0% | 0.0% |
| Telephone Expense | 0.0% | 0.0% |
| Uniforms | 0.4% | 2.8% |
| Utilities | 0.0% | 0.0% |
| Depreciation and Amortization | 0.0% | 0.0% |
| Total Operating Expenses | 5.7% | 6.2% |
| **Incremental Income From Operations** | 58.3% | 25.0% |
| | | |
| **Other Income (Expenses):** | | |
| Interest Income | 0.0% | 0.0% |
| Interest Expense | 0.0% | -0.5% |
| Total Other Income (Expenses) | 0.0% | -0.5% |
| **Earnings Before Taxes** | 58.3% | 24.5% |
| | | |
| **Income Taxes** | 0.0% | 0.0% |
| | | |
| **Incremental Net Profit** | 58.3% | 24.5% |

MEYERS, HARRISON & PIA, LLC

## Appendix A

**Garden Catering-Hamilton Avenue, LLC et al. v. Wally's Chicken Coop, LLC et al.**
**Significant Sources of Information**

1. U.S. Income Tax Return for a Partnership, Form 1065, for Wally's Chicken Coop, LLC for the year ended December 31, 2011.

2. Financial information, ledgers, revenue reports, and schedules of Wally's Chicken Coop, LLC produced by its internally generated QuickBooks accounting software.

3. General ledgers for Wally's Chicken Coop, LLC, as of December 31, 2012 and 2011.

4. Discussions with counsel for the Plaintiff.

5. Complaint in the pending matter, 3:11-CV-01892-JBA, filed December 5, 2011.

6. Answer and Counterclaims of Defendants Wally's Chicken Coop, LLC and Michael Natale in the pending matter, dated February 2, 2012.

7. Deposition transcript of Jeffrey Natale, taken on December 11, 2012.

8. Deposition transcript of Michael Natale, taken on October 10, 2012 and continued deposition taken on December 11, 2012.

9. Licensing agreements entered into between Frank Carpenteri, as Licensor, and each of Garden Catering Hamilton Avenue, LLC, Garden Catering Port Chester, LLC, and Garden Catering Downtown, LLC, as individual Licensees, each bearing an Effective Date of July 1, 2008.

10. Zukin, James H. *Financial Valuation: Businesses and Business Interest*. Boston: Warren Gorham Lamont, 1990, specifically Chapter 9 on the topic of financial damages.

11. Martin, Gerald D. and Ted Vavoulis. *Determining Economic Damages*. Costa Mesa, CA: James Publishing, Inc., 2002.

12. Miles, Michele G. and Alfred Zeiler. *Economic Damages*, Course book for Course #1021. Plantation, FL: Institute of Business Appraisers, 2005.

13. Gaughan, Patrick A. *Measuring Business Interruption Losses and Other Commercial Damages*. Hoboken, NJ: Wiley, 2004.

14. Dunn, Robert L. *Recovery of Damages for Lost Profits: Volumes One and Two*, 5th Ed. Westport, CT: Lawpress Corporation, 1998.

15. Fannon, Nancy. *The Comprehensive Guide to Lost Profits Damages*. Portland, OR: Business Valuation Resources, LLC, 2011.

MEYERS, HARRISON & PIA, LLC

# Joseph A. DeCusati, CPA, ABV, ASA, CFE
## CURRICULUM VITAE

**Experience**

Joseph DeCusati is a Managing Director in the Business Valuation and Litigation Assistance Group at Meyers, Harrison & Pia, LLC, a firm specializing in business valuation, economic damages, and litigation support services. Mr. DeCusati is well established as an expert in the field of economic damages as well as business valuation. He has performed valuations of business interests for a variety of purposes including, but not limited to, family law matters, business damages, buy-sell agreements, shareholder litigation, estate and gift tax matters, buying and selling businesses, malpractice litigation, and breach of contract. Additional litigation services include reasonable compensation analysis for tax and non-tax assignments.

**Expert Testimony Experience**

Mr. DeCusati has been qualified as an expert witness in Federal District Court and the State Courts of Connecticut and New Jersey, as well as various arbitration proceedings. He has also rendered extensive services relating to court testimony.

**Professional Designations**

- **CPA:** Certified Public Accountant, Licensed by the State of Connecticut, 1997

- **ABV:** Accredited in Business Valuation
  Designated by the American Institute of Certified Public Accountants

- **ASA:** Accredited Senior Appraiser (Business Valuation Discipline)
  Designated by the American Society of Appraisers

- **CFE:** Certified Fraud Examiner
  Designated by the Association of Certified Fraud Examiners

**Education**

- Bachelor of Science in Economics, University of Connecticut, 1991

**Professional Organizations and Activities**

- American Institute of Certified Public Accountants (AICPA)

- Connecticut Society of Certified Public Accountants (CTCPA)
  Valuation, Forensic, and Litigation Support Group, Member

- American Society of Appraisers (ASA)

MEYERS, HARRISON & PIA, LLC

- Connecticut Chapter of American Society of Appraisers
  Second Vice President – 2011-2012

- Association of Certified Fraud Examiners (CFE)

- Connecticut Chapter of Association of Certified Fraud Examiners

## Presentations (Since 2003)

Mr. DeCusati has spoken before numerous professional and academic organizations, including:

- "Houston Family Law Trial Institute," South Texas College of Law, Houston, TX, May 2012.

- "Show Me the Money: Financial Side of Divorce – How to Find the Money, Understand Where it Comes From, and Avoid Common Pitfalls in Resolving Finances," Connecticut Bar Association, New Britain, CT, May 2012.

- "Real Life Cases of Fraud," Hill Regional Career High School, New Haven, CT, May 2011.

- "Expert Witness Testimony in Connecticut after Recent Revisions to Practice Book Section 13-4; How Not to be Precluded," CTCPA Valuation, Forensic & Litigation Support Group, Rocky Hill, CT, November 2009.

- "Business Valuation and Forensic Accounting Issues in Divorce," MHP Seminar, New Haven, CT, April 2008.

- "Failure to Understand Asset Types," National Business Institute, New Haven, CT, April 2007.

- "Failure to Properly Manage Personal Affairs after a Divorce," National Business Institute, New Haven, CT, April 2007.

- "Understanding Tax Returns in Divorce Litigation," Marenna, Pia & Associates, LLC, Cromwell, CT, September 2004.

- "Tax Issues in Connecticut: Mergers & Acquisitions," National Business Institute, East Hartford, CT, May 2004.

- "Understanding Tax Returns in Divorce Litigation," Marenna, Pia & Associates, LLC, New London, CT, May 2004.

- "Understanding Tax Returns in Divorce Litigation," Marenna, Pia & Associates, LLC, Norwalk, CT, January 2004.

- "Understanding Tax Returns in Divorce Litigation," Marenna, Pia & Associates, LLC, Wallingford, CT, October 2003.

**Publications (Since 2007)**

Mr. DeCusati has contributed to various publications and books, including:

- "Economic Damages: Capturing the Full Value of Injury," *Connecticut Law Tribune*, October 2011.

- "Determining Cost of Capital for Private Companies in Business Appraisal," *MHP Newsletter*, June 2011.

- "Staying Afloat: Settlements Offer One Way to Get Cash," *New Haven Register*, June 2010.

- "Surveying the Damages: Valuating Lost Profits and Loss of Business Presents Complexities," *Connecticut Law Tribune*, February 2010.

- "Burden of Proof Critical in Recent Estate and Gift Tax Case," *MHP Newsletter*, May 2009.

- "Uncovering the Truth: Understanding the Role of Forensic Accounting in Divorce," *Connecticut Law Tribune*, February 2009.

- "A Taxing Matter: Foreclosures May Impact IRS Filings," *New Haven Register*, December 2008.

- "How to Perform a Business Valuation on a Limited Budget in a Divorce Setting," *MHP Newsletter*, December 2008.

- "Determining Economic Losses in Damages Litigation," *MHP Newsletter*, August 2008.

- "Yours, Mine and Ours," *New Haven Register*, June 2008.

- "In the Long Run," *New Haven Register*, February 2007.

MEYERS, HARRISON & PIA, LLC

# Appendix C

## Joseph DeCusati, CPA, ABV, ASA, CFE
## Testimony Case List
## January 1, 2006 through March 5, 2013

| Date | Client Name | Testimony Description |
|------|-------------|----------------------|
| 02/03/2006 | Schroeder v. Schroeder | Deposition Testimony |
| 03/24/2006 | Schroeder v. Schroeder | Court Testimony |
| 05/02/2006 | Pryor v. Pryor | Court Testimony |
| 05/08/2006 | Barbino v. Barbino | Court Testimony |
| 05/16/2006 | Barbino v. Barbino | Court Testimony |
| 07/24/2006 | Khamarji v. Khamarji | Court Testimony |
| 08/11/2006 | Sabourin v. Bingham | Deposition Testimony |
| 09/05/2006 | Arneill v. Arneill | Court Testimony |
| 10/16/2006 | Kopley v. Kopley | Court Testimony |
| 12/21/2006 | Bloomdahl, Anne v. Wilf, David | Court Testimony |
| 03/06/2007 | Hoeffner v. Orrick, Herrington & Sutcliffe | Deposition Testimony |
| 03/13/2007 | Hoeffner v. Orrick, Herrington & Sutcliffe | Deposition Testimony |
| 04/02/2007 | Wolter, Sharon et al v. Nazerali, Zulekhla | Deposition Testimony |
| 05/29/2007 | Sorrentino v. Sorrentino | Court Testimony |
| 06/13/2007 | Minney, Jessica v. Dasent, Latricia et al | Court Testimony |
| 06/29/2007 | Forensic Engineering P.C. v. SNET et al | Deposition Testimony |
| 07/10/2007 | Wolter, Sharon et al v. Nazerali, Zulekh | Court Testimony |
| 09/19/2007 | Smerling, Neil v. Smerling, Georgette | Deposition Testimony |
| 10/03/2007 | Minney, Jessica v. Dasent, Latricia et al | Court Testimony |
| 02/05/2008 | Dupont v. Dupont | Court Testimony |
| 02/06/2008 | Connecticut Machinery Sales, Inc. | Court Testimony |
| 02/07/2008 | Connecticut Machinery Sales, Inc. | Court Testimony |
| 02/13/2008 | Connecticut Machinery Sales, Inc. | Deposition Testimony |
| 02/27/2008 | Connecticut Machinery Sales, Inc. | Court Testimony |
| 04/10/2008 | Gilman, Robin Linda v. Gilman, | Court Testimony |
| 05/06/2008 | Shutts, Suzanne v. Shutts, John | Deposition Testimony |
| 07/30/2008 | Oakes-Bourret, Terry v. Miller, Jr., Donald | Deposition Testimony |
| 08/29/2008 | Companions & Homemakers, Inc. | Deposition Testimony |
| 09/18/2008 | Rippe v. Rippe | Court Testimony |
| 10/27/2008 | Horbal MD, Terrence v. Wilton Anesthesia | Court Testimony |
| 01/12/2009 | Kapatoes v. Kapatoes | Court Testimony |
| 01/13/2009 | McRae, Sandra v. McRae, Scott | Court Testimony |
| 01/14/2009 | McRae, Sandra v. McRae, Scott | Court Testimony |
| 01/16/2009 | Forensic Engineering P.C. v. SNET et al | Deposition Testimony |
| 03/05/2009 | D'Agostino, Joanne v. D'Agostino, Dominick | Court Testimony |
| 03/11/2009 | Lane, Susan v. Lane, John | Deposition Testimony |
| 03/17/2009 | Rippe v. Rippe | Court Testimony |
| 06/05/2009 | Dur-A-Flex, Inc. v. Laticrete International, Inc. | Deposition Testimony |
| 07/13/2009 | Bauman, Monique v. Bauman III, John | Court Testimony |
| 07/29/2009 | Richter, Elizabeth v. Richter, Alexander | Court Testimony |
| 09/02/2009 | Mascolo, Lauren E. v. Mascolo, James, A. | Court Testimony |
| 09/10/2009 | Richter, Elizabeth v. Richter, Alexander | Deposition Testimony |
| 10/7/2009 | Fontaine, Adriana v. Fontaine, Kenneth A. | Court Testimony |
| 10/8/2009 | Honn v. McCarty | Deposition Testimony |

MEYERS, HARRISON & PIA, LLC

| Date | Case | Testimony Type |
|---|---|---|
| 10/15/2009 | D'Agostino, Joanne v. D'Agostino, Dominick | Deposition Testimony |
| 10/16/2009 | D'Agostino, Joanne v. D'Agostino, Dominick | Deposition Testimony |
| 10/23/2009 | D'Agostino, Joanne v. D'Agostino, Dominick | Deposition Testimony |
| 10/26/2009 | Mascolo, Lauren E. v. Mascolo, James, A. | Court Testimony |
| 12/1/2009 | Showah, Jayne v. Showah, Michael | Court Testimony |
| 12/9/2009 | Devore, Diane v. Rossetti, Joseph | Deposition Testimony |
| 1/19/2010 | Reynolds, Kathleen v. Reynolds, Michael | Deposition Testimony |
| 2/18/2010 | Bing Wu, et al v. Chang's Garden of Storrs, LLC et al | Deposition Testimony |
| 3/29/2010 | Wolnick, Jeanne v. Wolnick, Joseph | Court Testimony |
| 4/7/2010 | Swierad, Scott v. Swierad, Laurel | Court Testimony |
| 6/3/2010 | Evans, Christopher v. Tiger Claw, Inc., et al | Deposition Testimony |
| 9/3/2010 | Frydman, Cheryl v. Frydman, Perry | Court Testimony |
| 10/5/2010 | Kang, Pai-Su v. Lan, Stephen T. | Court Testimony |
| 11/18/2010 | Wolnick, Jeanne v. Wolnick, Joseph | Deposition Testimony |
| 12/2/2010 | Kamath, Vasudeva v. Kamath, Sujatha | Court Testimony |
| 2/9/2011 | Schmonsees v. GF Health Products, Inc. et al | Deposition Testimony |
| 3/25/2011 | Coppola, Theodore A. v. Coppola, Kathleen | Deposition Testimony |
| 4/18/2011 | Outler, Neil v. Salomon, Robert, et al | Deposition Testimony |
| 5/24/2011 | Kubick, Raymond J. v. Robey, Stephen | Deposition Testimony |
| 6/10/2011 | Musco Propane, LLP v. Town of Wolcott, et al | Deposition Testimony |
| 6/27/2011 | Laubstein, Ann v. Laubstein, Brian | Court Testimony |
| 12/12/2011 | Buck, Wayne et al v. Yohn, Fritz | Arbitration Testimony |
| 4/2/2012 | Crandall, Frank v. Crandall, Troy, et al | Deposition Testimony |
| 4/3/2012 | Safe Home Security, et al v. Raucci, Paul | Deposition Testimony |
| 4/18/2012 | Baker, Helen v. Baker, Steven | Court Testimony |
| 6/5/2012 | Kite, Jane v. Pascale, Jr., John | Court Testimony |
| 6/8/2012 | MacDonald, Jason v. Doukas, Patricia | Deposition Testimony |
| 8/22/2012 | Wendell, Jill v. Wendell, Sean | Court Testimony |
| 9/7/2012 | Gilbert, Kathleen v. Gilbert, Robert | Court Testimony |
| 11/16/2012 | Baker, Helen v. Baker, Steven | Arbitration Testimony |
| 12/27/2012 | Main Enterprises, Inc. v. Town of Westport Public Schools | Deposition Testimony |
| 1/3/2013 | Noce, Karen v. Noce Jr., Vincent | Court Testimony |
| 2/19/2013 | Noce, Karen v. Noce Jr., Vincent | Deposition Testimony |

MEYERS, HARRISON & PIA, LLC