Exhibit C

0001

1        UNITED STATES DISTRICT COURT

2          DISTRICT OF CONNECTICUT

3 * * * * * * * * * * * * *

            *

4  GARDEN CATERING -      *

   HAMILTON AVENUE, LLC    *

5  and FRANK J. CARPENTERI, *

            *

6            *

      Plaintiffs,   *

7            *

   vs.         * Case No.

8            * 3:11-CV-01892-JBA

            *

9  WALLY'S CHICKEN COOP, LLC *

   and MICHAEL NATALE,    *

10           *

      Defendants,   *

11           *

   * * * * * * * * * * * * *

12            Greenwich, CT

13            December 12, 2012

14            10:01 a.m.

15        - - -

   DEPOSITION OF FRANK J. CARPENTERI, SR.

16        - - -

17

   APPEARANCES:

18

1  operates the store on Sound Beach Avenue?

2  A.  Yes.

3  Q.  Do they operate any of the other

4  stores?

5  A.  Every store is a separate LLC which is

6  licensed from me.

7  Q.  There's Mamaroneck, Port Chester,

8  Hamilton Avenue, Old Greenwich, Stamford, and

9  Norwalk, and Fairfield, are your stores; correct?

10  A.  Is that seven of them?

11  Q  Seven.

12  A.  Yes.

13  Q.  And each is a separate -- each is

14  operated by a separate LLC?

15  A.  Yes.

16  Q.  Is there an entity that owns one or

17  more of those LLCs or corporate entities?

18  A.  They're all separate LLCs.

19  Q.  Owned by individuals?

20  A.  Yes.

21  Q.  Who owns Mamaroneck, LLC?

22  A.  I do.

23  Q.  You alone?

24  A.  Yes.

25  Q.  What about Port Chester?

1   A.   Myself, just me.

2   Q.   What about Hamilton Avenue?

3   A.   Frank and his sister Tina.

4   Q.   And Old Greenwich?

5   A.   I own on my own.

6   Q.   What about Stamford?

7   A.   Frank and his sister Tina.

8   Q   And Norwalk?

9   A.   Frank and his sister Tina.

10   Q   And Fairfield.

11   A.   I own on my own.

12   Q.   Does the Old Greenwich, LLC own all of

13   the marks that are listed in this -- in your

14   complaint in this action?

15        MR. RILEY:  Object to form.

16   A.   Yes.

17   Q.   And the Old Greenwich, LLC licenses

18   those marks to the other six LLCs?

19   A.   Yes, there is a license agreement,

20   yes.

21   Q.   And that includes the mark that you

22   described earlier, Hotsy?

23   A.   Yes.

24   Q.   Wally's Chicken Coop hasn't used the

25   term Hotsy in commerce, has it?