

```
0001
 1      UNITED STATES DISTRICT COURT
 2        DISTRICT OF CONNECTICUT
 3   * * * * * * * * * * * * *
                  *
 4   GARDEN CATERING -       *
     HAMILTON AVENUE, LLC    *
 5   and FRANK J. CARPENTERI,*
                  *
 6                *
         Plaintiffs,   *
 7                *
     vs.          * Case No.
 8                * 3:11-CV-01892-JBA
                  *
 9   WALLY'S CHICKEN COOP, LLC *
     and MICHAEL NATALE,     *
10                *
         Defendants,   *
11                *
     * * * * * * * * * * * * *
12                Greenwich, CT
13                September 20, 2012
14                10:03 a.m.
15          - - -
     DEPOSITION OF FRANK J. CARPENTERI
16          - - -
        PORTION CONFIDENTIAL
17      (Pages 68 through 87)
18   APPEARANCES:
19     FOR THE PLAINTIFFS:
20        WHITMAN BREED ABBOTT & MORGAN, LLC
        BY: JAMES C. RILEY, ESQUIRE
21         500 West Putnam Avenue
           Greenwich, Connecticut 06830
22         PHONE: 203-862-2342
           E-MAIL: jriley@wbamct.com
23
24
              -cont'd-
```

25
0002
1   FOR THE DEFENDANTS:
2      THE LAW OFFICE OF ANTHONY J. MEDICO
       BY:  ANTHONY J. MEDICO, ESQUIRE
3        7 Benedict Place
         Greenwich, Connecticut 06830
4        PHONE: 203-661-8151
         E-MAIL: anthony@ajmedico.com
5        - and -
      RHODES TECHNOLOGIES
6      BY:  JAMES DOYLE, ESQUIRE
         498 Washington street
7        Coventry, RI 02816
         PHONE: 401-262-9202
8        E-MAIL: james.doyle@pharma.com
9
10  ALSO PRESENT:
    MICHAEL NATALE
11    JEFFREY NATALE
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  was offer him a job, meaning Marcos.
2    Q.    And are you aware as to whether Marcos
3  was already intending on leaving Garden Catering?
4    A.    I had no idea what he was thinking.
5    Q.    Okay. So you don't know as to whether
6  he was actually solicited while an employee or
7  was already intending on leaving Garden Catering
8  and then offered a position?
9            MR. RILEY: Object to form.
10   A.    He basically told me the story about
11  him going to New Canaan was a lie.
12   Q.    We already have that. It really just
13  called for a yes or no answer.
14           MR. MEDICO: Can you read that
15  back.
16           (Whereupon, the requested
17  question was read back by the court reporter.)
18   A.    Conclusively, I don't know what he was
19  thinking.
20   Q.    And did Marcos give you notice before
21  or after Natale left?
22   A.    The day after Jeffrey gave me his two
23  weeks, Marcos gave me his two weeks.
24   Q.    No, I mean Mike Natale.
25   A.    Mike never gave me an official notice.