

0001
1      UNITED STATES DISTRICT COURT
2         DISTRICT OF CONNECTICUT
3   * * * * * * * * * * * * *
              *
4  GARDEN CATERING -      *
   HAMILTON AVENUE, LLC    *
5  and FRANK J. CARPENTERI, *
              *
6              *
       Plaintiffs,   *
7              *
   vs.          * Case No.
8              * 3:11-CV-01892-JBA
              *
9  WALLY'S CHICKEN COOP, LLC *
   and MICHAEL NATALE,     *
10             *
       Defendants,   *
11             *
   * * * * * * * * * * * * *
12              Greenwich, CT
13              September 20, 2012
14              10:03 a.m.
15         - - -
       DEPOSITION OF FRANK J. CARPENTERI
16         - - -
       PORTION CONFIDENTIAL
17     (Pages 68 through 87)
18 APPEARANCES:
19    FOR THE PLAINTIFFS:
20      WHITMAN BREED ABBOTT & MORGAN, LLC
        BY: JAMES C. RILEY, ESQUIRE
21         500 West Putnam Avenue
           Greenwich, Connecticut 06830
22         PHONE: 203-862-2342
           E-MAIL: jriley@wbamct.com
23
24
           -cont'd-

1 an answer.

2 Q. Is he a college kid or an old man?

3 A. Neither.

4     MR. RILEY: Objection.

5 Q. Or something in between?

6 A. Something in between.

7 Q. Okay. All right. And do you know

8 when he departed your employ?

9 A. End of August 2011.

10 Q. And the four years, was that a

11 continuous four year period that he was with you?

12 A. If my memory serves me right, there

13 were never any long periods of time where he was

14 not an employee of my business.

15 Q. Okay. And are you familiar with

16 Philip Michael Pittocco?

17 A. Yes.

18 Q. And who is that?

19 A. He was another former employee who is,

20 I believe, currently working at Wally's Chicken

21 Coop.

22 Q. And how long did Phil work for you?

23 A. Most of the summer in 2011.

24 Q. Okay. So that is roughly a three

25 month period?