## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 15th day of April, 2014, filed and served via the Court's ECF system, a true and correct copy of DEFENDANTS' MOTION IN LIMINE.

/s/ James P. Doyle